Nacole Jipping
Chapter 13 Standing Trustee
101 E. 9th Ave, #5A
Anchorage, AK  99501
Tel. (907) 276-6660

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| In re: | ) |
| JEFFREY L. YORK and | ) Case No.: A 20-00303 GS |
| DANA L. YORK, | ) Chapter 13 |
| Debtor(s), | ) |

**TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION OF THE DEBTOR(S) AMENDED CHAPTER 13 PLAN**

The Trustee does not recommend confirmation of the debtor(s) proposed Amended Chapter 13 Plan ("Plan") for the following reason(s):

1. The debtors have failed to commence making timely payments according to the Amended Chapter 13 Plan filed on March 18, 2021, and are currently in arrears $3,228.00 (3 payments in differing amounts as follows; $1,041.00, $1,127.00 and $1,060.00) (11 USC Sec. 1325 (a)(6)).

2. The Amended Plan proposes payments for 84 months which is beyond the 5 year statutory limit.  Under the CARES Act (Coronavirus Aid, Relief, and Economic Security Act), Chapter 13 Plans may be modified to extend payments out to 7 years, however, this only applies to cases in which a Plan was confirmed *prior* to the date of enactment of CARES which was March 27, 2020 (11 USC Sec. 1329(d)).  The debtors' case does not meet this criteria.

3. The Plan proposes a reduced interest rate to Credit Union 1 (POC #9), from 14.99% to 5.4%, without special notice given to the creditor (FBR 9014 and LBR 3015-1(b)(4)(E)).

4. The Plan does not fully provide for the secured claim of Credit Union 1 (POC #11) for a 2017 Dodge Ram. The secured claim totals $39,150.00 but the Plan provides for just $35,025.00 with interest (11 USC Sec. 1325(a)(5)).

5. Objections to confirmation were filed by Credit Union 1 on January 14, 2021, and Snap-On Credit, LLC on February 3, 2021. The objections appear to be resolved by this Amended Plan, however, they have not yet been withdrawn (11 USC. Sec. 1325(a)(5)(A)).

A confirmation hearing is scheduled for Wednesday, April 7, 2021, at 10:00 a.m.

Dated this  29th  day of March 2021.

/S/NACOLE JIPPING
Nacole Jipping
Chapter 13 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this
29th day of March 2021, a true and correct copy of the
Trustee's Recommendation was served on:

-U.S. Trustee
-J. Mitchell Joyner
-Devoron K. Hill, for Credit Union 1
-Roy Longacre, for Snap-On Credit, LLC

-Jeffrey L. York
 Dana L. York
 105 Yaqui St.
 Morenci, AZ  85540

by first class mail, if an address is indicated above, or by electronic
means through the ECF system as indicated on the Notice of Electronic Filing.

By:  /S/ERIN MELLOTT
        Erin Mellott