Roy L. Longacre
Longacre Law Offices, Ltd.
PO Box 191025
Anchorage, Alaska 99519
(907) 350-1748
Roy@LongacreLaw.com
Attorney for Creditor
Snap-on Credit, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Jeffery Lewis York and ) | Case No. 20-00303 |
| Dana Leigh York ) | |
| Debtor(s) ) | Chapter 13 |
| _____ ) | |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF THE PLAN**

COMES NOW Snap-on Credit, LLC by and through Roy Longacre of Longacre Law Offices, Ltd., and hereby withdraws its objection to Confirmation of the proposed Amended Chapter 13 Plan.

DATED this April 1, 2021.           Longacre Law Offices, Ltd.
                                    Attorney for Creditor
                                    Snap-on Credit, LLC


                                    By: /s/ Roy Longacre
                                        Roy Longacre

CERTIFICATE OF SERVICE:

I hereby certify that on April 1, 2021, I served the foregoing *Entry of Appearance and Request for Notices* on the following via U.S. Mail, first class postage prepaid, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing:

Jeffery Lewis York
Dana Liegh Yourk
105 Yaqui St
Morenci, AZ 85540
DEBTORS

J. Mitchell Joyner
810 W. 2nd Avenue
Anchorage, AK 99501
ATTORNEY FOR DEBTOR

Devoron K. Hill
The Sayer Law Group, P.C.
925 E. 4th St.
Waterloo, IA 50703
ATTORNEY FOR CREDIT UNION 1

Darren R. Hojnacki
The Sayer Law Group, P.C.
801 B Street, Ste. 505
Anchorage, Alaska 99501
ATTORNEY FOR CREDIT UNION 1

Nacole M. Jipping (13)
Chater 13 Trustee
1010 E. 9th Avenue, #5A
Anchorageg, AK 99501
TRUSTEE

U.S. Trustee
700 Stewart Street, Ste. 5103
Seattle, WA 98101
U.S. TRUSTEE

By: /s/ Roy Longacre
    Roy Longacre

Withdrawal of Objection to Confirmation of the Plan
Page 2 of 2